UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAMAEN BENTLEY, | ) | |
| Plaintiff, | ) | 2:11-cv-00887-KJD-LRL |
| vs. | ) | |
| CLARK COUNTY DETENTION, CENTER, | ) | **ORDER** |
| Defendant. | ) | |

Damaen Bentley, a prisoner at the Clark County Detention Center, submitted a *pro se* Civil Rights Complaint (received June 2, 2011) (ECF No. 1).  Plaintiff did not submit the required filing fee or an application for leave to proceed in *forma pauperis*.  Accordingly, this action shall be dismissed without prejudice and the Clerk shall be directed to return the complaint and the proper in *forma pauperis* form and instructions to plaintiff.  Plaintiff must pay the filing fee of $350 or submit the completed in *forma pauperis* form with his complaint in order to proceed with his litigation.

**IT IS THEREFORE ORDERED** that the Clerk shall return the complaint to plaintiff along with the proper form and instructions for application to proceed in *forma pauperis*.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED** without prejudice.

The Clerk shall enter judgment accordingly.

DATED: June 8, 2011

_____
UNITED STATES DISTRICT JUDGE